Opinion issued January 7, 2010













In The

Court of Appeals

For The

First District of Texas






NOS. 01-06-01181-CV

 01-07-00033-CV






PACIFIC LIFE INSURANCE COMPANY AND CONFEDERATION LIFE
INSURANCE AND ANNUITY COMPANY, Appellants


V.


RAPID SETTLEMENTS, LTD. AND JOYCE ALLEN, Appellees






On Appeal from the County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 870026






MEMORANDUM OPINION

 Appellants, Pacific Life Insurance Company and Confederation Life insurance
Company, filed motions to dismiss the above-referenced appeals. The motions
comply with the Texas Rules of Appellate Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate immediately. Tex. R.
App. P. 18.1.

PER CURIAM

Panel consists of Justices Keyes, Alcala, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).